**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-31352
Summary Calendar

ELIJAH DAVIS,

Plaintiff-Appellant,

VERSUS

MARVIN T. RUNYON, JR. POSTMASTER GENERAL;
UNITED STATES POSTAL SERVICE,

Defendants-Appellees.

Appeal from the United States District Court
For the Western District of Louisiana
(96-CV-2741)

August 6, 1998

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Elijah Davis, plaintiff-appellant, appeals the decision of the district court granting summary judgment in favor of the defendants and dismissing Davis's claim with prejudice. We have reviewed the parties' briefs, record excerpts, and relevant portions of the

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

record itself and find no reversible error.  We affirm for essentially the same reasons stated by the district court in its memorandum ruling and order dated July 17, 1997.

Davis's motion for appointment of counsel on appeal is DENIED.

AFFIRMED; MOTION DENIED.